IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TERRELL MANUEL,

and

CHARLES E. WHITE,

for themselves and on behalf of all
similarly situated individuals,

v.                                    Civil Action No. 3:14CV238

WELLS FARGO BANK,
NATIONAL ASSOCIATION

    Defendant.

**ORDER**

For the reasons set forth on the record on March 11, 2015, DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER (Docket No. 34) is GRANTED in part and DENIED in part. Any motions for summary judgment shall be filed by March 23, 2015, at 5:00 p.m.; responses shall be filed by April 13, 2015, at 5:00 p.m.; and replies shall be filed by April 20, 2015, at 5:00 p.m. The motion for class certification and the response and reply thereto shall be filed according to the schedule set forth in this Court's December 29, 2014 Order (Docket No. 28).

The parties shall advise the Court by March 16, 2015, at 5:00 p.m. whether the proposed stipulations discussed on the record have been agreed upon. If the proposed stipulation is not agreed upon by that date and time, the Defendant shall

produce the documents discussed on the record by March 20, 2015, at 5:00 p.m. unless the Defendant establishes a burden that would absolutely preclude timely production.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 12, 2015