**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **TERRELL MANUEL,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **CHARLES E. WHITE,** | ) | |
| | ) | |
| **for themselves and on behalf of all** | ) | |
| **similarly situated individuals,** | ) | |
| | ) | **CASE NO. 3:14-CV-238** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WELLS FARGO BANK,** | ) | |
| **NATIONAL ASSOCIATION** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO EXCEED PAGE LIMITS**

COMES NOW Defendant Wells Fargo Bank, N.A. (hereinafter "Defendant" or "Wells Fargo"), by counsel, and hereby moves this Court to for leave to exceed the page limits set forth in Local Rule 7(F) for good cause shown. In support, Defendant states the following:

1. Plaintiffs' initial Complaint and subsequent two amended Complaints alleged two violations of the Fair Credit Reporting Act. Because of the prior summary judgment deadline imposed by this Court, Defendant prepared a motion for summary judgment as to those claims. The memorandum in support of that motion was fewer than 30 pages in length.

2. However, Plaintiffs' third amended Complaint added an additional claim that, although not as legally-dense as Plaintiffs' prior claims, must be addressed in Defendant's memorandum in support of its motion for summary judgment.

3.      Defendant is now prepared to file its Motion for Summary Judgment on or before the April 30, 2015 due date imposed by this Court.  Defendant plans to attach the portion of its arguments that exceeds 30 pages in length as an exhibit to its memorandum in support.  If this Court is inclined to grant the instant motion, Defendant requests that its attachment be considered as if it was contained within the body of its memorandum in support of motion for summary judgment.

4.      Defendant requests an additional five pages – up to 35 in total – in which to present its summary judgment arguments.

WHEREFORE, Defendant FedEx Freight, Inc., by counsel, respectfully requests that this Court grant its request for leave to exceed the page limit set by Eastern District of Virginia Local Civil Rule 7(F) .

Dated <u>April 28, 2015</u>                    Respectfully Submitted,

**WELLS FARGO BANK, NATIONAL ASSOCIATION**

By___/s/ *Jimmy F. Robinson, Jr.*
Jimmy F. Robinson, Jr., Esquire
Virginia States Bar Number 43622
jimmy.robinson@ogletreedeakins.com
J. Clay Rollins, Esquire
Virginia States Bar Number 84382
clay.rollins@ogletreedeakins.com
*Counsel for Defendant Wells Fargo Bank, N.A.*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.:    (804) 663-2336
Fax:    (804) 225-8641

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiffs:

Christopher Colt North, Esq.
VSB No. 16955
The Consumer and Employee Rights Law Firm, P.C.
751-A Thimble Shoals Boulevard
Newport News, Virginia 23606
Telephone: (757) 873-1010
Facsimile: (757) 873-8375

Leonard A. Bennett, Esq.
VSB No. 37523
Susan M. Rotkis, Esq.
VSB No. 40693
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3663

*Counsel for Plaintiffs*

**WELLS FARGO BANK, NATIONAL ASSOCIATION**

By___/s/ *Jimmy F. Robinson, Jr.*
Jimmy F. Robinson, Jr., Esquire
Virginia States Bar Number 43622
jimmy.robinson@ogletreedeakins.com
J. Clay Rollins, Esquire
Virginia States Bar Number 84382
clay.rollins@ogletreedeakins.com
*Counsel for Defendant Wells Fargo Bank, N.A.*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.:    (804) 663-2336
Fax:    (804) 225-8641

21060661.1