**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

TERRELL MANUEL,
for himself and on behalf of all
similarly situated individuals,

       Plaintiff,

v.                                                  CASE NO.: 3:14cv238

WELLS FARGO BANK,
NATIONAL ASSOCIATION,

       Defendant.

<u>**ORDER**</u>

This matter comes before the Court on the parties' Joint Motion for Entry of Scheduling Order. Having considered the matter, and deeming it proper and just to do so, it is hereby Ordered:

1. The Parties shall file a Settlement Agreement and Motion for Preliminary Approval no later than November 30, 2015.

2. A hearing on the Motion for Preliminary Approval is set for December 16, 2015, at 10:00 a.m.

3. If the Court grants the Motion for Preliminary Approval, the Defendant shall provide to Class Counsel the class lists within seven days after entry of the Order granting the Motion for Preliminary Approval.

4. The Class Administrator will mail the class notices within 21 days after receiving the class lists from the parties.

5. The deadline for objections and opt-outs to the proposed settlement shall be 50 days after the date of the initial mailing of notices to class members.

6. A Motion for Final Approval of the class settlement shall be filed within 60 days after the initial mailing of the class notices to class members.

7. A Fairness Hearing on the Motion for Final Approval shall be held on or about 14 days after the filing of the Motion for Final Approval, (approximately 74 days after the initial mailing) or as soon thereafter as the Court may have availability.

IT IS SO ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

DATE: November 19, 2015

_____/s/_____ REP_____

Hon. Robert E. Payne
Senior United States District
Judge