**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **TERRELL MANUEL,**<br>**on behalf of himself and all similarly**<br>**situated individuals,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WELLS FARGO BANK,**<br>**NATIONAL ASSOCIATION**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)     **CASE NO. 3:14-CV-238**<br>)<br>)<br>)<br>)<br>)<br>) |

<u>**DEFENDANT'S STATUS REPORT PURSUANT TO DOCKET NO. 111**</u>

COMES NOW Defendant, Wells Fargo Bank, National Association, by counsel, and makes this status report in accordance with this Court's Order dated December 4, 2015 (Docket No. 111). Defendant hereby selects Epiq Systems to serve as the settlement administrator for the instant litigation. Pursuant to this Court's Order, Defendant shall pay, directly to Epiq Systems, the difference between the currently-estimated costs of administration by Epiq Systems and the previously-estimated costs of administration for RSM US, LLC, had they been selected.

Dated: <u>December 11, 2015</u>      Respectfully Submitted,

**WELLS FARGO BANK, NATIONAL ASSOCIATION**

By <u>  /s/ Jimmy F. Robinson, Jr.</u>
Jimmy F. Robinson, Jr., Esquire
Virginia State Bar Number 43622
jimmy.robinson@ogletreedeakins.com
J. Clay Rollins, Esquire
Virginia State Bar Number 84382
clay.rollins@ogletreedeakins.com
*Counsel for Defendant Wells Fargo Bank, N.A.*
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.:     (804) 663-2336
Fax:     (804) 225-8641

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for Plaintiffs:

> Christopher Colt North, Esq.
> VSB No. 16955
> The Consumer and Employee Rights Law Firm, P.C.
> 751-A Thimble Shoals Boulevard
> Newport News, Virginia 23606
> Telephone: (757) 873-1010
> Facsimile: (757) 873-8375
>
> Leonard A. Bennett, Esq.
> VSB No. 37523
> Susan M. Rotkis, Esq.
> VSB No. 40693
> Consumer Litigation Associates, P.C.
> 763 J. Clyde Morris Boulevard, Suite 1-A
> Newport News, Virginia 23601
> Telephone: (757) 930-3660
> Facsimile: (757) 930-3663
>
> *Counsel for Plaintiffs*

**WELLS FARGO BANK, NATIONAL ASSOCIATION**

By   */s/ Jimmy F. Robinson, Jr.*
Jimmy F. Robinson, Jr., Esquire
Virginia States Bar Number 43622
jimmy.robinson@ogletreedeakins.com
J. Clay Rollins, Esquire
Virginia States Bar Number 84382
clay.rollins@ogletreedeakins.com
*Counsel for Defendant Wells Fargo Bank, N.A.*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.:   (804) 663-2336
Fax:    (804) 225-8641