UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TERRELL MANUEL, *on behalf of himself and all similarly situated individuals*

        Plaintiffs,        Civil Action No. 3:14CV238

v.

**WELLS FARGO BANK, N.A.,**

        Defendant.

## PLAINTIFF'S MOTION TO ENLARGE PAGE LIMIT FOR MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPLICATION FOR ATTORNEYS' FEES AND SERVICE AWARD

Plaintiff, Terrell Manuel, on behalf of himself and a certified class of others similarly situated, moves for an enlargement of the page limits set forth in Local Rule 7(F)(3) for the purpose of filing the Plaintiff's Motion for Final Approval of Class Action Settlement, Application for Attorneys' Fees, and Service Award. The Plaintiff seeks a modest enlargement to 38 pages, which Plaintiff believes is necessary to adequately address all elements of Rule 23 and the results of the mail notice plan.

        Respectfully submitted,

        **TERRELL MANUEL**
        *on behalf of himself and*
        *all others similarly situated*,

        By_____/s/_____

| Leonard A. Bennett, VSB 37523<br>Susan M. Rotkis, VSB 40693<br>Consumer Litigation Associates, P.C.<br>763 J. Clyde Morris Boulevard, Ste 1-A<br>Newport News, Virginia 23601 | Christopher Colt North<br>William Leonard Downing<br>**THE CONSUMER & EMPLOYEE RIGHTS LAW FIRM, P.C.**<br>751-A Thimble Shoals Boulevard |

| | |
|---|---|
| (757) 930-3660 – Telephone<br>(757) 930-3662 – Facsimile<br>lenbennett@clalegal.com<br>srotkis@clalegal.com<br><br>*Counsel for Plaintiff* | Newport News, VA 23606<br>cnorthlaw@aol.com<br>Phone: (757) 873-1010<br>Fax: (757) 873-8375 |

## CERTIFICATE OF SERVICE

I hereby certify that on 4th day of March, 2016, I filed a true and correct copy of the foregoing on the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record, including:

| | |
|---|---|
| Jimmy F. Robinson, Jr.<br>James Clay Rollins<br>Ogletree Deakins Nash Smoak & Stewart P.C.<br>901 E. Byrd St. Suite 1300<br>Richmond, VA 23219<br>Jimmy.robinson@ogletreedeakins.com<br>Clay.rollins@ogletreedeakins.com<br><br>*Counsel for Wells Fargo Bank, N.A.* | Brent F. Vullings<br>Warren & Vullings, LLP<br>1603 Rhawn St.<br>Philadelphia, PA 19111<br><br>Richard William Ferris<br>FerrisWinder PLLC<br>530 E. Mail St., Suite 300<br>Richmond VA 23219<br><br>*Counsel for Frank Caligiuri* |

                /s/
Susan M. Rotkis
VSB 40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: srotkis@clalegal.com