UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TERRELL MANUEL, *on behalf of himself and all similarly situated individuals*

        Plaintiffs,

v.        Civil Action No. 3:14CV238

WELLS FARGO BANK, N.A.,

        Defendant.

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPLICATION FOR SERVICE AWARD TO THE CLASS REPRESENTATIVE, AND APPLICATION FOR AWARD OF ATTORNEYS' FEES**

Plaintiff, Terrell Manuel, on behalf of himself and the Class, respectfully moves for final approval of the class settlement reached in this case and applies for a service award for his role in prosecuting this action. Class counsel also apply for an award of attorneys' fees and for the reimbursement of their out-of-pocket expenses incurred in furtherance of litigating this matter to the successful result now before this Court for final approval. For the reasons explained in the accompanying memorandum in support of this motion, the Plaintiff respectfully requests entry of an order of Final Approval filed herewith.

        Respectfully submitted,

        **TERRELL MANUEL**
        *on behalf of himself and all others similarly situated*,

        By_____/s/_____

| Leonard A. Bennett, VSB 37523 | Christopher Colt North |
| Susan M. Rotkis, VSB 40693 | William Leonard Downing |
| Consumer Litigation Associates, P.C. | THE CONSUMER & EMPLOYEE RIGHTS LAW |

| | |
|---|---|
| 763 J. Clyde Morris Boulevard, Ste 1-A Newport News, Virginia 23601 (757) 930-3660 – Telephone (757) 930-3662 – Facsimile lenbennett@clalegal.com srotkis@clalegal.com  *Counsel for Plaintiff* | FIRM, P.C. 751-A Thimble Shoals Boulevard Newport News, VA 23606 cnorthlaw@aol.com Phone: (757) 873-1010 Fax: (757) 873-8375 |

## CERTIFICATE OF SERVICE

I hereby certify that on 4th day of March, 2016, I filed a true and correct copy of the foregoing on the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record, including:

| | |
|---|---|
| Jimmy F. Robinson, Jr. James Clay Rollins Ogletree Deakins Nash Smoak & Stewart P.C. 901 E. Byrd St. Suite 1300 Richmond, VA 23219 Jimmy.robinson@ogletreedeakins.com Clay.rollins@ogletreedeakins.com   *Counsel for Wells Fargo Bank, N.A.* | Brent F. Vullings Warren & Vullings, LLP 1603 Rhawn St. Philadelphia, PA 19111  Richard William Ferris FerrisWinder PLLC 530 E. Mail St., Suite 300 Richmond VA 23219   *Counsel for Frank Caligiuri* |

_____/s/_____
Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  lenbennett@clalegal.com

2