IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| TERRELL MANUEL, *et al.*,<br>       Plaintiffs, | )<br>) | |
| | )<br>) | |
|        v. | )<br>) | Civil No.  3:14cv238 (DJN) |
| | ) | |
| WELLS FARGO BANK, NATIONAL | ) | |
| ASSOCIATION, | ) | |
|        Defendant. | ) | |
| _____ | ) | |

## ORDER OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT,  ATTORNEYS' FEES AND CLASS REPRESENTATIVE SERVICE AWARD

1.       For the reasons below and those set forth in the accompanying Memorandum Opinion, Plaintiffs' Motion for Final Approval of Class Action Settlement, Application for Service Award to the Class Representative, and Application for Award of Attorneys' Fees (ECF No. 128) is hereby GRANTED.

2.       Pursuant to Fed. R. Civ. P. 23(e), the Settlement of this action, as embodied in the terms of the Settlement Agreement, is hereby finally approved.  The Settlement Agreement is hereby incorporated by reference into this Final Order and Judgment Approving Settlement and Dismissing Action ("Order").  Capitalized terms in this Order shall, unless otherwise defined, have the same meaning as in the Settlement Agreement.

3.       On August 19, 2015, the Court certified two classes of individuals:  the Impermissible Use Class and the Adverse Action sub-class (together, the "Settlement Class.") (Doc. 96.) Pursuant to the Settlement Agreement, the Court approved amendments to the class definitions as agreed by the parties finding that the amended class definitions meet the requirements of Fed. R. Civ. P. 23(a) and (b)(3). (Doc. 118.)

4.       Pursuant to Fed. R. Civ. P. 23, the Court hereby finally certifies the following

Settlement Classes:

**Impermissible Use Class:**

The 15 U.S.C. § 1681b(b)(2) class is certified as:

All natural persons residing in the United States (including all territories and other political subdivisions of the United States), who applied for an employment position with Defendant or any of its subsidiaries between April 1, 2012, and May 31, 2015, and as part of this application process were the subject of a consumer report obtained by Defendant, and to whom Defendant attempted the disclosures required at 15 U.S.C. § 1681b(b)(2)(A) through the First Advantage forms and/or portal.

There are 229,393 members of the class. Class size is a material term of the settlement.

**Adverse Action Class:**

The 15 U.S.C. § 1681b(b)(3) class is certified as:

All natural persons residing in the United States (including all territories and other political subdivisions of the United States), who applied for an employment position with Defendant or any of its subsidiaries from April 1, 2012 until November 30, 2015, and as part of this application process were the subject of a consumer report obtained by Defendant, (a) who Defendant rejected for employment; (b) and to whom Defendant did not provide a copy of the consumer report as stated at 15 U.S.C. § 168lb(b)(3)(A) at least five business days before the date the consumer report at First Advantage was first coded as ineligible for hire.

There are 5,840 members of the class, which class size is a material term of the settlement.

4.    The Court specifically finds that:

a.    The Class is so numerous that joinder of all members is impracticable.

b.    There are questions of law or fact common to the Class.

c.    The claims of Representative Plaintiff is typical of the claims of the Class that Representative Plaintiff seeks to certify.

2

       d.     Representative Plaintiff and Plaintiff's Counsel will fairly and adequately protect the interests of the Class.

       e.     The questions of law or fact common to members of the Class, and which are relevant for settlement purposes, predominate over the questions affecting only individual members.

       f.     Certification of the Class is superior to other available methods for fair and efficient adjudication of the controversy.

5.     The Court appoints Terrell Manuel as representative of the Settlement Class, and finds that he meets the requirements of Fed. R. Civ. P. 23.

6.     The Court appoints the following lawyers as class counsel to the Settlement Class, and finds that they meet the requirements of Fed. R. Civ. P. 23:

Leonard A. Bennett
Susan M. Rotkis
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660

Christopher Colt North
William L. Downing
The Employee & Consumer Rights Law Firm, P.C.
751-A Thimble Shoals Blvd.
Newport News, VA 23606

7.     As set forth in the Class Notice, this Court convened the Final Approval Hearing at 1:00 p.m. on March 15, 2016, in the United States District Court for the Eastern District of Virginia in Richmond, Virginia.  The parties appeared through their counsel and no other class members were in attendance.

8.     For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that notice previously given to Class Members in the Action was the best notice practicable under the circumstances, and satisfies the requirements of due process and Fed. R. Civ. P. 23.

9.      For the reasons set forth in the accompanying Memorandum Opinion, this Court finds that the terms of the Settlement and the Settlement Agreement, including all exhibits thereto are fair, adequate and reasonable, and are in the best interest of the Settlement Class. Accordingly, the Settlement Agreement should be and is approved and shall govern all issues regarding the Settlement and all rights of the Parties, including the Settlement Class Members.

10.     Upon consideration of Class Counsel's application for attorneys' fees and litigation costs, the Court finds that the fee requested by Class Counsel as a percentage of the amount recovered for the class is properly fixed at 25% of the cash settlement obtained for the Class.  Therefore, the aggregate amount of the Attorney Fee/Litigation Cost Award is hereby fixed at $ 3,000,000.00.  This aggregate award resolves, without limitation, all claims for attorneys' fees and litigation costs incurred by (a) Class Counsel, (b) any other counsel representing (or purporting to represent) Plaintiffs or Class Members (or any of them), and (c) Representative Plaintiffs or the Class Members (or any of them) in connection with or related to any matter in the Action, the Settlement, the administration of the Settlement, and any of the matters or claims within the scope of the Release, as provided in Section VIII of the Settlement Agreement.

11.     Upon consideration of Representative Plaintiffs' application for a service award, the amount of the Class Representative Award is hereby fixed at $10,000.00 (ten thousand dollars) to be paid to Terrell Manuel.

12.     Upon consideration of the request for approval of a *cy pres* recipient and pursuant to the Settlement Agreement, the Court finds that the Peninsula Community Foundation is an appropriate recipients of a settlement excess amount, if any.

13.     In accordance with the Settlement Agreement, and to effectuate the Settlement, the Settlement Administrator shall cause:

(a)      the Settlement Payments to be provided to Settlement Class Members in accordance with the terms of the Settlement Agreement;

4

(b)     the aggregate Attorney Fee/Litigation Cost Award made in Paragraph 10 above to be disbursed to Class Counsel in accordance with the terms of the Settlement Agreement;

(c)     the Class Representative Award made in Paragraph 11 above to be disbursed to Class Counsel in accordance with the terms of the Settlement Agreement;

(d)     the Settlement Administration Costs to be paid in accordance with the terms of the Settlement Agreement; and

(e)     the Settlement Amount Excess, if any, to be paid to the Peninsula Community Foundation accordance with the terms of the Settlement Agreement and Paragraph 12 above.

14.     The Action and all claims against the Defendant are hereby dismissed on the merits and with prejudice.  The judgment shall be without costs to any Party.

15.     There are a total of 358 Class Members who validly excluded themselves from this action.  Therefore, each individual whose name appears on Exhibit 1 attached to this Order are EXCLUDED from class membership.

16.     No Class Member filed or served a valid objection to the Settlement.  Therefore, pursuant to paragraph 1.11 of the Settlement Agreement, the Effective Date shall be the date this order is entered.

17.     Representative Plaintiff and each Class Member shall be forever bound by this Order and the Settlement Agreement including the Release set forth in Section IX of the Settlement Agreement.

18.     The Release set forth in paragraph 15 above and in Section IX of the Settlement Agreement shall have *res judicata* and other preclusive effect in all pending and future claims, lawsuits, other proceedings maintained by or on behalf of Representative Plaintiffs, Class Members and each of the Releasing Persons concerning matters and claims that were or could have been asserted in the Action, and/or are encompassed within the scope of the Release, as embodied in Section IX of the Settlement Agreement.

19.     The Defendant and all Released Persons each are hereby forever discharged by Representative Plaintiffs, Class Members and the Releasing Parties from all matters and claims within the scope of the Release, as embodied in the Settlement Agreement.

20.     Representative Plaintiffs and every Class Member who did not validly exclude himself or herself are permanently enjoined from bringing, joining, assisting in, or continuing to prosecute against the Defendant or any Released Person any claim that was brought in the Action for which a release is being given under the Settlement Agreement.

21.     This Order, the Settlement Agreement, any document referred to in this Order, any action taken to carry out this Order, any negotiations or proceedings related to any such documents or actions, and the carrying out of and entering into the terms of the Settlement Agreement, shall not be construed as, offered as, received as or deemed to be evidence, impeachment material, or an admission or concession with regard to any fault, wrongdoing or liability on the part of the Defendant whatsoever in the Action, or in any other judicial, administrative, regulatory action or other proceeding; provided, however, this Order may be filed in any action or proceeding against or by the Defendant or the Released Persons, or any one of them, to enforce the Settlement Agreement or to support a defense of *res judicata*, collateral estoppel, release, accord and satisfaction, good faith settlement, judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

22.     The notice required by 28 U.S.C. § 1715 has been provided, more than 90 days will have passed between when that notice was given and the effective date of this Final Order, and there shall be no basis under 28 U.S.C. § 1715(e) for any Class Member to refuse or fail to be bound by the Settlement Agreement or this Order.

23.     In the event that Final Approval is not achieved for any reason, then the Settlement Agreement, this Final Order, the certification of the Settlement Class and all other terms herein, together with any other orders or rulings arising from or relating to the Settlement Agreement, shall be void and their effect vacated.

24.     Except as expressly provided for in this Final Order and Judgment, the Settlement Agreement shall govern all matters incident to the administration of the Settlement hereafter, including applicable deadlines, until further order of this Court or written agreement of the Parties.

25.     Without in any way affecting the finality of this Final Order and Judgment for purposes of appeal, this Court hereby retains jurisdiction as to all matters relating to the interpretation, administration, implementation, effectuation and/or enforcement of the Settlement Agreement and/or this Order.

Let the Clerk send a copy of this Order to all counsel of record.

It is so ORDERED.

                                        /s/
                                        David J. Novak
                                        United States Magistrate Judge


Richmond, Virginia
Date: March 15, 2016

# EXHIBIT 1



## *Terrell Manuel, et al., v. Wells Fargo, N.A.*
## Valid Request for Exclusion Submissions

| Tracking Number | First Name | Last Name | Doc ID | Doc Type | Doc Status | Postmark | Received |
|---|---|---|---|---|---|---|---|
| 222117 | PAUL | WOODS | 900000001 | Opt Out | Complete | 01/19/2016 | 01/22/2016 |
| 198178 | SUZETTE | ASMAR-O'GUIN | 900000002 | Opt Out | Complete | 01/21/2016 | 01/25/2016 |
| 10145 | KERRY | JOHNSON | 900000003 | Opt Out | Complete | 01/22/2016 | 01/25/2016 |
| 83529 | SHANEK | TELPHIA | 900000004 | Opt Out | Complete | 01/20/2016 | 01/25/2016 |
| 80393 | GABRIELA | DULANTO IZQUIERDO | 900000005 | Opt Out | Complete | 01/20/2016 | 01/25/2016 |
| 27457 | LEVON | DAVTYAN | 900000006 | Opt Out | Complete | 01/21/2016 | 01/25/2016 |
| 16776 | MARIEA | TYSINGER | 900000007 | Opt Out | Complete | 01/20/2016 | 01/25/2016 |
| 165 | BREWER | BENTLEY | 900000008 | Opt Out | Complete | 01/20/2016 | 01/25/2016 |
| 177713 | JULIA | RUSSELL | 900000009 | Opt Out | Complete | 01/20/2016 | 01/25/2016 |
| 28453 | ODALYS | GUTIERREZ | 900000010 | Opt Out | Complete | 01/22/2016 | 01/26/2016 |
| 158951 | SHANNON | ROSE | 900000011 | Opt Out | Complete | 01/21/2016 | 01/26/2016 |
| 198306 | MARIA | MENDEZ | 900000012 | Opt Out | Complete | 01/22/2016 | 01/26/2016 |
| 229364 | NANCY | MUNTZINGER | 900000013 | Opt Out | Complete | 01/23/2016 | 01/26/2016 |
| 73531 | BALASANKARARAO | CHALLA | 900000014 | Opt Out | Complete | 01/21/2016 | 01/26/2016 |
| 113692 | LARAMIE | TAYLOR | 900000015 | Opt Out | Complete | 01/21/2016 | 01/26/2016 |
| 26392 | MICHAEL | SCHRODT | 900000016 | Opt Out | Complete | 01/21/2016 | 01/26/2016 |
| 61678 | TWANETTA | TOLBERT | 900000017 | Opt Out | Complete | 01/23/2016 | 01/26/2016 |
| 94762 | CAROL | CHRISTIAN | 900000018 | Opt Out | Complete | 01/23/2016 | 01/26/2016 |
| 133774 | XUAN | YANG | 900000019 | Opt Out | Complete | 01/20/2016 | 01/26/2016 |
| 96671 | KEVIN | COOK | 900000020 | Opt Out | Complete | 01/22/2016 | 01/26/2016 |
| 125537 | MATTHEW | TILLOTSON | 900000021 | Opt Out | Complete | 01/22/2016 | 01/26/2016 |
| 164875 | NICOLE | MCDONALD | 900000022 | Opt Out | Complete | 01/22/2016 | 01/26/2016 |
| 197944 | EMERSON | JONES | 900000023 | Opt Out | Complete | 01/21/2016 | 01/26/2016 |
| 180834 | KHAMBAY | VANKHAM | 900000024 | Opt Out | Complete | 01/22/2016 | 01/26/2016 |
| 34476 | CHETNI | MCQUEEN | 900000026 | Opt Out | Complete | 01/20/2016 | 01/26/2016 |
| 22954 | LINDSAY | WALES | 900000027 | Opt Out | Complete | 01/23/2016 | 01/26/2016 |
| 66510 | JACOB | JOYCE | 900000028 | Opt Out | Complete | 01/23/2016 | 01/26/2016 |
| 227945 | SETH | BARNES | 900000029 | Opt Out | Complete | 01/23/2016 | 01/26/2016 |
| 44683 | IICHOO | CHEW | 900000030 | Opt Out | Complete | 01/23/2016 | 01/26/2016 |
| 103160 | JAN | WOHLFERT | 900000031 | Opt Out | Complete | 01/22/2016 | 01/26/2016 |
| 166909 | MICHAEL | PRAT | 900000032 | Opt Out | Complete | 01/21/2016 | 01/26/2016 |
| 207197 | KRISTINE | VAN LEUR | 900000033 | Opt Out | Complete | | 01/26/2016 |
| 81316 | LINDA | BROWN | 900000034 | Opt Out | Complete | 01/21/2016 | 01/26/2016 |
| 8932 | DEBORAH | HEBERT | 900000035 | Opt Out | Complete | 01/21/2016 | 01/26/2016 |
| 14578 | CARL | RICHTER | 900000036 | Opt Out | Complete | 01/22/2016 | 01/26/2016 |
| 44205 | LINDA | ERVIN | 900000037 | Opt Out | Complete | 01/22/2016 | 01/27/2016 |
| 109650 | RICHARD | BRENNAN | 900000038 | Opt Out | Complete | 01/21/2016 | 01/27/2016 |
| 172140 | JENNY | AVILA | 900000039 | Opt Out | Complete | 01/21/2016 | 01/27/2016 |
| 82930 | PHILIP | CECCAROSSI | 900000040 | Opt Out | Complete | 01/23/2016 | 01/27/2016 |
| 211230 | DIJANA | BRIXIE | 900000041 | Opt Out | Complete | 01/25/2016 | 01/27/2016 |
| 81308 | KRISTIN | CURRIER | 900000042 | Opt Out | Complete | 01/21/2016 | 01/27/2016 |
| 40282 | JEFFREY | FALCONE | 900000043 | Opt Out | Complete | 01/21/2016 | 01/27/2016 |



| 153347 | SCOTT | DIEP | 900000044 | Opt Out | Complete | 01/20/2016 | 01/27/2016 |
|--------|-------|------|-----------|---------|----------|------------|------------|
| 202847 | ARMEYA | SAROUFIEM | 900000045 | Opt Out | Complete | 01/25/2016 | 01/27/2016 |
| 111496 | ELIZABETH | KINSEY | 900000046 | Opt Out | Complete | | 01/28/2016 |
| 60302 | COURTENAY | YEAGER | 900000047 | Opt Out | Complete | 01/25/2016 | 01/28/2016 |
| 80847 | VALERIE | LOGAN | 900000048 | Opt Out | Complete | 01/25/2016 | 01/28/2016 |
| 65912 | MATTHEW | XIA | 900000049 | Opt Out | Complete | 01/25/2016 | 01/28/2016 |
| 162202 | SUSANNE | LACHMAN | 900000051 | Opt Out | Complete | 01/23/2016 | 01/28/2016 |
| 31477 | RICHARD | SANCHEZ | 900000052 | Opt Out | Complete | 01/25/2016 | 01/28/2016 |
| 59829 | JOSEPH | VELTRI | 900000053 | Opt Out | Complete | 01/22/2016 | 01/28/2016 |
| 65496 | ROBERT | MACHESKI | 900000054 | Opt Out | Complete | 01/25/2016 | 01/28/2016 |
| 216539 | JOSE | AGUIRRE | 900000055 | Opt Out | Complete | 01/25/2016 | 01/28/2016 |
| 328 | JASON | HILL | 900000057 | Opt Out | Complete | 01/25/2016 | 01/28/2016 |
| 229935 | CHARLES | RUTHERFORD | 900000058 | Opt Out | Complete | 01/25/2016 | 01/28/2016 |
| 32835 | SUJEETHA | LINGAM | 900000059 | Opt Out | Complete | 01/25/2016 | 01/28/2016 |
| 176502 | NICOLE | JANIK | 900000060 | Opt Out | Complete | 01/26/2016 | 01/29/2016 |
| 170917 | BRIAN | BOCK | 900000061 | Opt Out | Complete | 01/25/2016 | 01/29/2016 |
| 150665 | STEPHANIE | MENDRIN | 900000062 | Opt Out | Complete | 01/26/2016 | 01/29/2016 |
| 10852 | CLAUDIA | HERRERA | 900000063 | Opt Out | Complete | 01/25/2016 | 01/29/2016 |
| 121008 | NELSON | EVANS | 900000064 | Opt Out | Complete | 01/27/2016 | 01/29/2016 |
| 213511 | LUDMILA | SYZRANTSEV | 900000065 | Opt Out | Complete | 01/26/2016 | 01/29/2016 |
| 131687 | NATALIE | PFURR | 900000066 | Opt Out | Complete | 01/26/2016 | 01/29/2016 |
| 1193 | MARINA | CHENG | 900000067 | Opt Out | Complete | 01/25/2016 | 01/29/2016 |
| 207835 | BRIANNA | THIES | 900000068 | Opt Out | Complete | 01/26/2016 | 01/29/2016 |
| 214482 | MICHAEL | DUDLEY | 900000070 | Opt Out | Complete | 01/14/2016 | 01/29/2016 |
| 185362 | JUSTE | FRIEDRICH | 900000071 | Opt Out | Complete | 01/26/2016 | 01/29/2016 |
| 77947 | ANDREW | HOWARD | 900000072 | Opt Out | Complete | 01/26/2016 | 01/29/2016 |
| 175615 | CYNTHIA | FULLER | 900000073 | Opt Out | Complete | 01/14/2016 | 01/29/2016 |
| 145024 | TRINA | RICHARDSON | 900000074 | Opt Out | Complete | 01/27/2016 | 01/29/2016 |
| 209872 | DENISE | ENGELKE | 900000075 | Opt Out | Complete | 01/28/2016 | 02/01/2016 |
| 122251 | JENI | BUTLER | 900000077 | Opt Out | Complete | 01/30/2016 | 02/01/2016 |
| 14904 | KATHRYN | TANDY | 900000078 | Opt Out | Complete | 01/28/2016 | 02/01/2016 |
| 164950 | ALICIA | ENGLE | 900000079 | Opt Out | Complete | 01/27/2016 | 02/01/2016 |
| 218989 | MANDI | SHEPHERD | 900000080 | Opt Out | Complete | 01/28/2016 | 02/01/2016 |
| 76200 | MICHAEL | HILLYER | 900000081 | Opt Out | Complete | 01/17/2016 | 02/01/2016 |
| 4117 | STEPHEN | HENRY | 900000082 | Opt Out | Complete | 01/27/2016 | 02/01/2016 |
| 35819 | TOMASZ | REGULA | 900000083 | Opt Out | Complete | 01/27/2016 | 02/01/2016 |
| 188135 | LUCAS | LAUREL | 900000084 | Opt Out | Complete | 01/27/2016 | 02/01/2016 |
| 221396 | IHAB | ALSHAWI | 900000085 | Opt Out | Complete | 01/27/2016 | 02/01/2016 |
| 28133 | LISA | CHAMELIN | 900000086 | Opt Out | Complete | 01/27/2016 | 02/01/2016 |
| 108310 | JOHN | JACKS | 900000087 | Opt Out | Complete | 01/30/2016 | 02/01/2016 |
| 42006 | JUSTIN | CHAFE | 900000088 | Opt Out | Complete | 01/27/2016 | 02/01/2016 |
| 172851 | KIMBERLY | JACOBY | 900000089 | Opt Out | Complete | 01/27/2016 | 02/01/2016 |
| 201347 | EMILY | CHRISTOPHER | 900000090 | Opt Out | Complete | 01/27/2016 | 02/01/2016 |
| 116923 | JAIME | LARKIN | 900000091 | Opt Out | Complete | 01/29/2016 | 02/01/2016 |
| 41009 | JAMIE | LABOARD | 900000092 | Opt Out | Complete | 01/27/2016 | 02/01/2016 |
| 195487 | RACHEL | HEISER | 900000094 | Opt Out | Complete | 01/29/2016 | 02/01/2016 |
| 40159 | MICHAEL | JOHNSON | 900000095 | Opt Out | Complete | 01/29/2016 | 02/01/2016 |
| 92742 | TRAVIS | AMOS | 900000096 | Opt Out | Complete | 01/28/2016 | 02/01/2016 |
| 37989 | JESSICA | PERALTA-GAMEZ | 900000097 | Opt Out | Complete | 01/28/2016 | |



| 20781 | MELISSA | SUMMERS | 900000098 | Opt Out | Complete | 01/28/2016 | 02/01/2016 |
|---|---|---|---|---|---|---|---|
| 221778 | MICHELLE | SHINALL | 900000101 | Opt Out | Complete | 01/30/2016 | 02/02/2016 |
| 14011 | JULIE | GLENDE | 900000102 | Opt Out | Complete | 01/28/2016 | 02/02/2016 |
| 39498 | JORDON | ELBERT | 900000103 | Opt Out | Complete | 01/29/2016 | 02/02/2016 |
| 86331 | ADRIAN | RYANS | 900000104 | Opt Out | Complete | 01/29/2016 | 02/02/2016 |
| 160627 | KRISTIN | SCHOPFER | 900000105 | Opt Out | Complete | 01/30/2016 | 02/02/2016 |
| 70876 | ZORANA | VALLES | 900000106 | Opt Out | Complete | 01/30/2016 | 02/02/2016 |
| 27224 | PHAN | MORROW | 900000107 | Opt Out | Complete | 01/28/2016 | 02/02/2016 |
| 24459 | RENATO | CASTRO | 900000108 | Opt Out | Complete | 01/29/2016 | 02/02/2016 |
| 33883 | JAMIE | SCHLAHT | 900000109 | Opt Out | Complete | 01/29/2016 | 02/02/2016 |
| 59101 | JAMIE | ANDERSON | 900000110 | Opt Out | Complete | 01/28/2016 | 02/02/2016 |
| 161629 | NICHOLAS | ZAVARDINO | 900000111 | Opt Out | Complete | 01/29/2016 | 02/02/2016 |
| 45371 | STEPHEN | PARKER | 900000112 | Opt Out | Complete | 01/28/2016 | 02/02/2016 |
| 137821 | JONELL | BATISTA | 900000113 | Opt Out | Complete | 01/19/2016 | 02/03/2016 |
| 177317 | DANA | CLAY | 900000114 | Opt Out | Complete | 01/26/2016 | 02/03/2016 |
| 178567 | KYLE | MING | 900000115 | Opt Out | Complete | 02/02/2016 | 02/04/2016 |
| 146102 | ILEANA | PRIVETERA | 900000116 | Opt Out | Complete | 02/01/2016 | 02/04/2016 |
| 45249 | MARK | BARTON | 900000117 | Opt Out | Complete | 02/01/2016 | 02/04/2016 |
| 193056 | SCOTT | CARLSON | 900000118 | Opt Out | Complete | 02/01/2016 | 02/04/2016 |
| 11381 | DAMON | FUGER | 900000119 | Opt Out | Complete | 02/01/2016 | 02/04/2016 |
| 121851 | BRIAN | COURISKY | 900000120 | Opt Out | Complete | 02/01/2016 | 02/04/2016 |
| 187274 | SUSAN | EVILSIZER | 900000121 | Opt Out | Complete | 02/01/2016 | 02/04/2016 |
| 137477 | LORI | BOND | 900000122 | Opt Out | Complete | 02/02/2016 | 02/05/2016 |
| 81611 | JOSE | TORRES HERNANDEZ | 900000123 | Opt Out | Complete | 02/02/2016 | 02/05/2016 |
| 8287 | PATRICIA | HUDSON | 900000125 | Opt Out | Complete | 02/03/2016 | 02/05/2016 |
| 201683 | KYLE | COVINGTON | 900000126 | Opt Out | Complete | 02/01/2016 | 02/05/2016 |
| 220602 | NURDAN | BASARAN | 900000127 | Opt Out | Complete | 02/03/2016 | 02/05/2016 |
| 129923 | DANIEL | VINSON | 900000128 | Opt Out | Complete | 01/29/2016 | 02/05/2016 |
| 167362 | ELAINE | JOYNER | 900000129 | Opt Out | Complete | 02/01/2016 | 02/05/2016 |
| 197155 | KAREN | VANSELOW | 900000130 | Opt Out | Complete | 02/02/2016 | 02/05/2016 |
| 177753 | DANIELA | EDMONDS | 900000131 | Opt Out | Complete | 02/02/2016 | 02/05/2016 |
| 30033 | STEVE-ANN | MUIR | 900000132 | Opt Out | Complete | 02/04/2016 | 02/08/2016 |
| 201492 | AUGUSTO | VARGAS FRANCO | 900000133 | Opt Out | Complete | 02/05/2016 | 02/08/2016 |
| 80671 | BILLY | LEGG | 900000134 | Opt Out | Complete | 02/03/2016 | 02/08/2016 |
| 30532 | GAIL | MAYO | 900000135 | Opt Out | Complete | 02/03/2016 | 02/08/2016 |
| 191141 | KIMBERLY | LOVE | 900000136 | Opt Out | Complete | 02/03/2016 | 02/08/2016 |
| 136844 | KELSEY | RIX | 900000137 | Opt Out | Complete | 02/04/2016 | 02/08/2016 |
| 225207 | MARGARET | HILL | 900000138 | Opt Out | Complete | 02/03/2016 | 02/08/2016 |
| 46057 | PHYLLIS | SHOFFEITT | 900000139 | Opt Out | Complete | 02/03/2016 | 02/08/2016 |
| 227986 | JAMES | FAUSTMANN | 900000141 | Opt Out | Complete | 02/04/2016 | 02/09/2016 |
| 105285 | RUTH | MILLER | 900000142 | Opt Out | Complete | 02/04/2016 | 02/09/2016 |
| 15611 | SPENCER | GUANCIA | 900000143 | Opt Out | Complete | 02/04/2016 | 02/09/2016 |
| 141000 | STACY | MERCER | 900000144 | Opt Out | Complete | 02/04/2016 | 02/09/2016 |
| 105178 | BRIAN | BUHOWSKY | 900000145 | Opt Out | Complete | 02/04/2016 | 02/09/2016 |
| 101980 | ANDREW | ALCANTARA | 900000146 | Opt Out | Complete | 02/05/2016 | 02/09/2016 |
| 161050 | RENDA | STEVENSON | 900000148 | Opt Out | Complete | 02/05/2016 | 02/09/2016 |
| 209397 | TRACY | MONISMITH | 900000149 | Opt Out | Complete | 02/05/2016 | 02/09/2016 |
| 213981 | JENNIFER | VENTERS | 900000150 | Opt Out | Complete | 02/05/2016 | 02/09/2016 |
| 192663 | LORI | ROBERTS | 900000151 | Opt Out | Complete | 02/03/2016 | 02/09/2016 |



| 227695 | VICTORIA | YANG | 900000152 | Opt Out | Complete | 02/02/2016 | 02/09/2016 |
|---|---|---|---|---|---|---|---|
| 5310 | ALLISON | JULIUS | 900000153 | Opt Out | Complete | 02/03/2016 | 02/09/2016 |
| 222849 | MERCEDES | PRUITT | 900000154 | Opt Out | Complete | 02/05/2016 | 02/09/2016 |
| 224379 | KIMBERLY | PRATT | 900000155 | Opt Out | Complete | 02/06/2016 | 02/09/2016 |
| 151547 | SHINEIL | TAYLOR | 900000157 | Opt Out | Complete | 02/06/2016 | 02/09/2016 |
| 31567 | STEVEN | COOKE | 900000158 | Opt Out | Complete | 02/04/2016 | 02/09/2016 |
| 133051 | DAVID | ROMPALO | 900000159 | Opt Out | Complete | 02/05/2016 | 02/09/2016 |
| 52512 | DANIEL | DAVIDSON | 900000160 | Opt Out | Complete | 01/25/2016 | 02/09/2016 |
| 4617 | JO | JOHNSON | 900000161 | Opt Out | Complete | 02/03/2016 | 02/09/2016 |
| 95817 | SARAH | DANIELS | 900000162 | Opt Out | Complete | 02/08/2016 | 02/10/2016 |
| 121866 | TERRY | STEFKO | 900000163 | Opt Out | Complete | 02/08/2016 | 02/10/2016 |
| 254 | DIANA | EDWARDS | 900000164 | Opt Out | Complete | 01/26/2016 | 02/10/2016 |
| 151367 | DELANIE | POST | 900000165 | Opt Out | Complete | 02/06/2016 | 02/10/2016 |
| 65194 | KEVIN | KIEHL | 900000167 | Opt Out | Complete | 02/08/2016 | 02/10/2016 |
| 147379 | ANDREA | MURSCHEL | 900000168 | Opt Out | Complete | 02/06/2016 | 02/10/2016 |
| 216688 | TATIANA | LAURENCEAU | 900000169 | Opt Out | Complete | 02/06/2016 | 02/10/2016 |
| 218988 | TONI | ASHBY | 900000170 | Opt Out | Complete | 02/05/2016 | 02/10/2016 |
| 126001 | CYRUS | PARDIS | 900000171 | Opt Out | Complete | 02/05/2016 | 02/11/2016 |
| 172974 | PAULINE | COOLIDGE | 900000172 | Opt Out | Complete | 02/08/2016 | 02/11/2016 |
| 146715 | REGINALD | RAY | 900000173 | Opt Out | Complete | 02/08/2016 | 02/11/2016 |
| 63329 | MARTHA | RAY | 900000174 | Opt Out | Complete | 02/08/2016 | 02/11/2016 |
| 128261 | STEVENSON | BRUNEUS | 900000175 | Opt Out | Complete | 02/05/2016 | 02/11/2016 |
| 203888 | RONNIE | PENNELL | 900000176 | Opt Out | Complete | 02/09/2016 | 02/11/2016 |
| 214127 | NATARAJAN | CHIDAMBARAM | 900000179 | Opt Out | Complete | 02/09/2016 | 02/12/2016 |
| 73594 | CONNIE | REHBEIN | 900000181 | Opt Out | Complete | 02/10/2016 | 02/12/2016 |
| 165790 | DANA | MARSH | 900000182 | Opt Out | Complete | 02/09/2016 | 02/12/2016 |
| 112754 | NATALIE | NIELSEN | 900000183 | Opt Out | Complete | 02/08/2016 | 02/12/2016 |
| 68990 | RONALD | CARPER | 900000184 | Opt Out | Complete | 02/11/2016 | 02/12/2016 |
| 64778 | JEFFREY | HALL | 900000185 | Opt Out | Complete | 02/09/2016 | 02/12/2016 |
| 152968 | DANIEL | COOGLE | 900000186 | Opt Out | Complete | 02/09/2016 | 02/12/2016 |
| 27804 | LISA | LUNNY | 900000187 | Opt Out | Complete | 02/09/2016 | 02/12/2016 |
| 37762 | TIMOTHY | CARLSON | 900000189 | Opt Out | Complete | 02/08/2016 | 02/15/2016 |
| 216988 | SURAJ | NICHANI | 900000190 | Opt Out | Complete | 02/11/2016 | 02/11/2016 |
| 71642 | MINHAL | YOUSIF | 900000191 | Opt Out | Complete | 02/11/2016 | 02/15/2016 |
| 153188 | ROBERT | JONES | 900000192 | Opt Out | Complete | 02/12/2016 | 02/15/2016 |
| 147506 | PAIGE | EBANKS | 900000193 | Opt Out | Complete | 02/11/2016 | 02/15/2016 |
| 214320 | CRESCENCIO | CANTOR | 900000194 | Opt Out | Complete | 02/12/2016 | 02/15/2016 |
| 50145 | ERIC | FEREDAY | 900000195 | Opt Out | Complete | 02/11/2016 | 02/15/2016 |
| 19865 | RYAN | WALLACE | 900000196 | Opt Out | Complete | 02/09/2016 | 02/15/2016 |
| 179632 | ANGELA | TATE | 900000198 | Opt Out | Complete | 02/11/2016 | 02/15/2016 |
| 157516 | DEBRA | BURK | 900000200 | Opt Out | Complete | 02/10/2016 | 02/16/2016 |
| 212768 | LAURA | BLACKBURN | 900000201 | Opt Out | Complete | 02/12/2016 | 02/16/2016 |
| 42311 | SHAHNAZ | KESHAVARZI KHANSAR | 900000202 | Opt Out | Complete | 02/12/2016 | 02/16/2016 |
| 164104 | ADAM | PINA | 900000203 | Opt Out | Complete | 02/11/2016 | 02/16/2016 |
| 212932 | BRITTANY | LINGBECK | 900000204 | Opt Out | Complete | 02/12/2016 | 02/16/2016 |
| 145460 | MATTHEW | MARTINO | 900000205 | Opt Out | Complete | 02/12/2016 | 02/16/2016 |
| 175400 | NICOLE | BECK | 900000206 | Opt Out | Complete | 02/12/2016 | 02/16/2016 |
| 112513 | ASHLEY | LA BORE | 900000207 | Opt Out | Complete | 02/12/2016 | 02/16/2016 |



| 194200 | THOMAS | HORRIGAN | 900000208 | Opt Out | Complete | 02/02/2016 | 02/17/2016 |
|---|---|---|---|---|---|---|---|
| 204062 | NGOZI | IGBANUGO | 900000209 | Opt Out | Complete | 02/16/2016 | 02/18/2016 |
| 162371 | REBEKAH | LAUSENG | 900000210 | Opt Out | Complete | 02/16/2016 | 02/18/2016 |
| 155978 | JEREMY | LEE | 900000211 | Opt Out | Complete | 02/16/2016 | 02/18/2016 |
| 164300 | PUSHKAR | KARNIK | 900000212 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 225023 | SEAN | CARTER | 900000213 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 228781 | GERNITHE | DORRY | 900000214 | Opt Out | Complete | 02/17/2016 | 02/19/2016 |
| 32659 | BEATRIZ | SANDOVAL SANCHEZ | 900000216 | Opt Out | Complete | 02/17/2016 | 02/19/2016 |
| 51979 | NADIM | EL GAMAL | 900000217 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 73524 | JONATHAN | WALCH | 900000218 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 217099 | ROCIO | TXABARRIAGA | 900000219 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 49030 | IRMA | CAMACHO-ARREOLA | 900000220 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 193674 | LISA | CONNELL | 900000221 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 201735 | MARIA | ESCOBAR | 900000222 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 119575 | CAROLINA | MARIN | 900000223 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 139006 | MARC | DENSLINGER | 900000224 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 219476 | OLIVIA | BROUGH | 900000225 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 92774 | GAYLE | CAREY | 900000226 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 2600 | EMIL | MOKHTARIAN | 900000227 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 161340 | URMELA | DEODHARI | 900000229 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 162493 | JHOEL | GUTIERREZ | 900000230 | Opt Out | Complete | 02/17/2016 | 02/19/2016 |
| 26374 | WILLIAM | BENNETT | 900000231 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 178284 | NANISHA | LAKHAMONE | 900000233 | Opt Out | Complete | 02/15/2016 | 02/19/2016 |
| 146947 | ADILVANIA | DA COSTA-RESTA | 900000234 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 114377 | AUDREY | BUCHANAN | 900000235 | Opt Out | Complete | 02/15/2016 | 02/22/2016 |
| 10684 | GLENN | DWORKIN | 900000236 | Opt Out | Complete | 02/19/2016 | 02/22/2016 |
| 146234 | RIGOBERTO | VARGAS | 900000237 | Opt Out | Complete | 02/18/2016 | 02/22/2016 |
| 200568 | YAO | AIME KRA | 900000238 | Opt Out | Complete | 02/19/2016 | 02/22/2016 |
| 41718 | JENNALYN | PALICPIC | 900000239 | Opt Out | Complete | 02/16/2016 | 02/22/2016 |
| 13122 | PAUL | STEWART | 900000240 | Opt Out | Complete | 02/18/2016 | 02/22/2016 |
| 102129 | OSCAR | ESCALANTE PADILLA | 900000241 | Opt Out | Complete | 02/17/2016 | 02/22/2016 |
| 181275 | ROSA | SALDIAS COSTA | 900000242 | Opt Out | Complete | 02/18/2016 | 02/22/2016 |
| 91520 | SHAWN | LEONARDI | 900000243 | Opt Out | Complete | | 02/22/2016 |
| 181479 | CATHERINE | HIGHBERGER | 900000244 | Opt Out | Complete | 02/17/2016 | 02/22/2016 |
| 127351 | DENISE | LINDSLY | 900000245 | Opt Out | Complete | | 02/22/2016 |
| 28205 | ASHLEY | MERRITT | 900000246 | Opt Out | Complete | 02/20/2016 | 02/23/2016 |
| 62715 | VERONICA | FLORES | 900000247 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 134602 | VALERIE | SCHLOTHAUER | 900000248 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 105668 | DAVID | MISCH | 900000249 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 1167 | RENATO | SANTOS | 900000250 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 217732 | ASHLEY | THOMAS | 900000251 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 224485 | NICHOLAS | ANDERSON | 900000252 | Opt Out | Complete | 02/18/2016 | 02/23/2016 |
| 61074 | KASSECH | FUNDUSA | 900000253 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 49750 | JEREMY | STEWART | 900000254 | Opt Out | Complete | 02/18/2016 | 02/23/2016 |
| 208817 | DORA | TOLENTINO | 900000255 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 196064 | SAMUEL | SARMIENTO | 900000256 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 229966 | RANDLE | HILLIARD | 900000257 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 86671 | LAURA | VILLEGAS | 900000258 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 70126 | SUDHA | CELLAKKANNU | 900000259 | Opt Out | Complete | 02/20/2016 | 02/23/2016 |



| | | SUGUMAR | | | | | |
|---|---|---|---|---|---|---|---|
| 72680 | EDWARD | FRANCE | 900000260 | Opt Out | Complete | 02/20/2016 | 02/23/2016 |
| 31298 | ANDREW | WELTKEN | 900000261 | Opt Out | Complete | 02/18/2016 | 02/23/2016 |
| 49805 | TIFFANY | RUSSELL | 900000262 | Opt Out | Complete | 02/20/2016 | 02/23/2016 |
| 75799 | NEDEYA | STOYANOVA | 900000263 | Opt Out | Complete | 02/20/2016 | 02/23/2016 |
| 152805 | KRYSTAL | VAZQUEZ | 900000265 | Opt Out | Complete | 02/18/2016 | 02/23/2016 |
| 139701 | LOGAN | CARTER | 900000266 | Opt Out | Complete | 02/18/2016 | 02/23/2016 |
| 51516 | JACQUELLINE | CARTER | 900000267 | Opt Out | Complete | 02/18/2016 | 02/23/2016 |
| 183385 | JUAN | MELENDEZ | 900000268 | Opt Out | Complete | 02/20/2016 | 02/23/2016 |
| 50766 | DEANNA | MCGEE | 900000269 | Opt Out | Complete | 02/20/2016 | 02/23/2016 |
| 165374 | DARIUS | THOMAS | 900000270 | Opt Out | Complete | 02/18/2016 | 02/23/2016 |
| 59831 | ELENA | ALEXANDREAN | 900000271 | Opt Out | Complete | 02/18/2016 | 02/23/2016 |
| 78501 | ERIN | BROWN | 900000272 | Opt Out | Complete | 02/17/2016 | 02/23/2016 |
| 197829 | RENATA | MEREDITH | 900000273 | Opt Out | Complete | 02/17/2016 | 02/23/2016 |
| 204951 | ANGELO | DEPAOLO | 900000274 | Opt Out | Complete | 02/18/2016 | 02/23/2016 |
| 70461 | KAYTIE | RILEY | 900000275 | Opt Out | Complete | 02/17/2016 | 02/23/2016 |
| 4139 | MEGAN | WINTERS | 900000276 | Opt Out | Complete | 02/17/2016 | 02/23/2016 |
| 183846 | NATHAN | WINTERS | 900000277 | Opt Out | Complete | 02/17/2016 | 02/23/2016 |
| 78399 | TIMOTHY | DRENZEK | 900000278 | Opt Out | Complete | 02/17/2016 | 02/23/2016 |
| 64525 | BRYAN | LATORRE | 900000279 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 123684 | PURNA | CHANDRA KUNTLA | 900000280 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 31171 | JACALYN | BATTERSON | 900000281 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 110673 | MICHELE | GREER | 900000282 | Opt Out | Complete | 02/19/2016 | 02/23/2016 |
| 21147 | SCOTT | HOVIOUS | 900000283 | Opt Out | Complete | 02/20/2016 | 02/23/2016 |
| 104194 | URMELA | DEODHARI | 900000284 | Opt Out | Complete | 02/16/2016 | 02/19/2016 |
| 229967 | NATE | GUMETT | 900000285 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 114621 | STEPHANIE | SCHULTZ | 900000286 | Opt Out | Complete | 02/18/2016 | 02/24/2016 |
| 12337 | MOJTABA | YOUSSEFI | 900000287 | Opt Out | Complete | 02/19/2016 | 02/24/2016 |
| 159580 | AMER | ABUNIE | 900000288 | Opt Out | Complete | 02/18/2016 | 02/24/2016 |
| 222265 | LEON | MOODY | 900000289 | Opt Out | Complete | 02/18/2016 | 02/24/2016 |
| 184709 | BRADLEY | VIALPANDO | 900000290 | Opt Out | Complete | 02/18/2016 | 02/24/2016 |
| 136324 | DANIEL | MATHISEN | 900000291 | Opt Out | Complete | 02/18/2016 | 02/24/2016 |
| 118974 | NKAO | HER | 900000292 | Opt Out | Complete | 02/18/2016 | 02/24/2016 |
| 219754 | ROBERT | BROWN | 900000293 | Opt Out | Complete | 02/18/2016 | 02/24/2016 |
| 196246 | LORRIANN | MARSHALL | 900000294 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 160383 | STEVEN | CLARY | 900000295 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 71464 | EDUARDO | LOPEZ | 900000296 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 72355 | TEKOAH | CAMPBELL | 900000297 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 49776 | STEPHANIE | REYES | 900000298 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 90760 | ROCIO | REYES | 900000299 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 82060 | DANIEL | JANSEN | 900000300 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 34976 | RONALD | LOGAN | 900000301 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 200647 | PHILIP | KUHN | 900000302 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 172704 | FERNANDO | LUMBRERAS CRUZ | 900000303 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 171254 | PATRICIA | NELLOR | 900000304 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 196740 | MARQUITA | MATHEWS | 900000305 | Opt Out | Complete | 02/22/2016 | 02/24/2016 |
| 211476 | BEATRIZ | SANDOVAL SANCHEZ | 900000306 | Opt Out | Complete | 02/17/2016 | 02/19/2016 |
| 114063 | SHERRY | RUSSELL | 900000307 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 224058 | JACQUELINE | REIFF | 900000308 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |



| 117610 | LIANA | POPE | 900000309 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
|---|---|---|---|---|---|---|---|
| 38768 | JEFFREY | LANGEWISCH | 900000310 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 223895 | KAREN | BOLICK | 900000311 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 15393 | DAVID | YANG | 900000312 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 113321 | JANA | CRIEL | 900000313 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 151602 | ANUPAMA | KOTHA | 900000314 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 168429 | DAYAMI | RODRIGUEZ | 900000315 | Opt Out | Complete | 02/10/2016 | 02/25/2016 |
| 83880 | FELIPE | SALAZAR | 900000316 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 108032 | STEPHEN | WALLER | 900000317 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 76017 | JO | ANN BINGHAM | 900000318 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 212031 | JENNIFER | ZBRANEK | 900000319 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 174029 | CHRISTOPHER | SANCHEZ | 900000320 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 216376 | KYLEE | MILLER | 900000321 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 146689 | KAREN | MOHIUDDIN | 900000322 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 74605 | CINDY | FINLEY | 900000323 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 96044 | SRAVAN | BUSIREDDY | 900000324 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 189323 | DARRYL | RYAN | 900000325 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 29550 | EMILY | CLARK | 900000326 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 111197 | KYLE | FLANN | 900000327 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 124623 | KEITH | OLMSTEAD | 900000328 | Opt Out | Complete | 02/10/2016 | 02/25/2016 |
| 77330 | KATE | THORSON | 900000329 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 48644 | GEORGHIOS | STAVROU | 900000330 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 140708 | PETER | TOWNSEND | 900000331 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 86890 | CHANTIL | DELGADO | 900000332 | Opt Out | Complete | 02/19/2016 | 02/25/2016 |
| 224899 | MOJGAN | IZADI | 900000333 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 82070 | ALLEN | MOOSAKHANIAN | 900000334 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 81693 | CLAIRIS | STFLEUR | 900000335 | Opt Out | Complete | 02/10/2016 | 02/25/2016 |
| 111090 | DANA | JONES | 900000336 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 82236 | DIMITRINKA | TRIFONOVA | 900000337 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 38328 | ELENI | THOMAS | 900000338 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 213138 | VEERA | PANDIAN | 900000339 | Opt Out | Complete | 02/22/2016 | 02/25/2016 |
| 44904 | JESUS | HERRERA | 900000340 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 214296 | JENNIFER | MACKENZIE | 900000341 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 146532 | CLINT | HOVDE | 900000342 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 226735 | LANA | GOEPEL | 900000343 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 52041 | RONALD | HILLMER | 900000344 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 190813 | STEVEN | CASSELLIUS | 900000345 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 29271 | VINAY | KALUVALA | 900000346 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 93847 | IVAN | GOVEA | 900000348 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 200997 | ESTEFANY | MURIEL | 900000349 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 34046 | RYAN | SLIGH | 900000350 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 51321 | DAVID | CORDERO | 900000351 | Opt Out | Complete | 02/23/2016 | 02/25/2016 |
| 222530 | CHYANNE | MCGRAW | 900000352 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 189873 | BRITTNEY | STEWART | 900000353 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 43265 | DEVONNA | DAVIS | 900000354 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 150993 | VICTORIA | WESTMORELAND | 900000355 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 183457 | MAKAYLIN | GOOLEY | 900000356 | Opt Out | Complete | 02/22/2016 | 02/26/2016 |
| 113662 | TODD | MCCROSKEY | 900000357 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 20697 | ANDREA | FAULKNER | 900000358 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |



| 27101 | ALISA | HANEBECK | 900000360 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
|--------|--------|-----------|-----------|---------|----------|------------|------------|
| 71394 | DAWN | MITCHELL | 900000361 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 48505 | MICHELLE | BUGENSKI | 900000363 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 23066 | THOMASA | SPENCER | 900000364 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 196505 | MEGAN | KENNEDY | 900000365 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 969 | GABRIELA | ARELLANO | 900000367 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 17685 | ESTEFANY | MURIEL FERNANDEZ | 900000368 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 89469 | HOLLY | WILLIAMS | 900000369 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 229968 | ELIZABETH | WILSON | 900000370 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 34926 | KENNETH | JORDAN | 900000371 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 42415 | RACHEL | MAI | 900000372 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 229969 | BRITTANY | MALESA | 900000373 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 23761 | GEAN | DELA CRUZ | 900000374 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 153512 | NANCY | LIMA | 900000375 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 9320 | GINA | ARIAS | 900000376 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 76411 | AHMED | SHALABY | 900000377 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 212896 | MARY | WARSTLER | 900000378 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 210103 | SONAM | SHAH | 900000379 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 55983 | PRATHAMAKSHARI | KOTE | 900000380 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 55527 | HEATHER | SLUSSER | 900000381 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 219649 | ANNELIESE | KRESS | 900000382 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 210485 | ERIKA | KING | 900000383 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 207666 | VINOTHKUMAR | RAJASEKAR | 900000384 | Opt Out | Complete | 02/23/2016 | 02/26/2016 |
| 196094 | HECTOR | TELLO | | Opt Out | Complete | 02/24/2016 | 02/26/2016 |